Form asfclm

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−54313−wsd**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
  Brian S Justice
  9239 Macon Highway
  Tecumseh, MI 49286

  Cristy L. Justice
  9239 Macon Highway
  Tecumseh, MI 49286

Social Security No.:
  xxx−xx−0629                     xxx−xx−2560

Employer's Tax I.D. No.:

## NOTICE TO TRANSFEROR OF FILING OF TRANSFER OF CLAIM

You are hereby notified of the filing of a transfer of claim. Your claim in the amount of $ 156,662.50 was apparently transferred to Rushmore Loan Management Services from Bank of America, N.A .

If no objection is filed by **December 15, 2014** your claim shall be deemed to be owned by the above−named transferee.

Dated: 11/24/14

                                      BY THE COURT

                                      Katherine B. Gullo , Clerk of Court
                                      UNITED STATES BANKRUPTCY COURT

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                          Case No. 13-54313-wsd
Brian S Justice                                                 Chapter 13
Cristy L. Justice
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0645-2        User: mtren              Page 1 of 1           Date Rcvd: Nov 24, 2014
                            Form ID: asfclm          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2014.
22324249     +Bank of America, N.A.,    Bankruptcy Department,    P.O. Box 26012, NC4-105-02-99,
               Greensboro, North Carolina 27420-6012
22917585      Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
23218719     +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2014                                   Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2014 at the address(es) listed below:
              Athena J. Aitas    on behalf of Creditor    Bank Of America, NA easternecf@trottlaw.com
              Donald C. Wilson    on behalf of Plaintiff Brian S Justice dwilson@babutlaw.com,
               babuted@babutlaw.com
              Donald C. Wilson    on behalf of Plaintiff Cristy L. Justice dwilson@babutlaw.com,
               babuted@babutlaw.com
              Donald C. Wilson    on behalf of Joint Debtor Cristy L. Justice dwilson@babutlaw.com,
               babuted@babutlaw.com
              Donald C. Wilson    on behalf of Debtor Brian S Justice dwilson@babutlaw.com,  babuted@babutlaw.com
              Elizabeth  Kanous    on behalf of Creditor    Bank Of America, NA Easternecf@trottlaw.com
              Nathaniel H Herdt    on behalf of Plaintiff Cristy L. Justice nherdt@babutlaw.com
              Nathaniel H Herdt    on behalf of Plaintiff Brian S Justice nherdt@babutlaw.com
              Shawn C. Drummond    on behalf of Creditor    Bank Of America, NA easternecf@trottlaw.com
              Tammy L. Terry    mieb_ecfadmin@det13.net
              Thomas  Paluchniak    on behalf of Debtor Brian S Justice tpaluchniak@babutlaw.com,
               pmontgomery@babutlaw.com
              Thomas  Paluchniak    on behalf of Joint Debtor Cristy L. Justice tpaluchniak@babutlaw.com,
               pmontgomery@babutlaw.com
                                                                                             TOTAL: 12